NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUMANA MILITARY HEALTHCARE SERVICES, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**and**

**UNITED HEALTH MILITARY & VETERANS SERVICES, LLC,**
*Defendant-Appellee.*

---

2011-5014

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-701, Senior Judge Eric G. Bruggink.

---

**ON MOTION**

---

**ORDER**

Upon consideration of Humana Military Healthcare Servies, Inc.'s motion to voluntarily dismiss its appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

FOR THE COURT

DEC 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Charles G. Cole, Esq.
Thomas C. Papson, Esq.
Arlene Pianko Groner, Esq.

s21

Issued As A Mandate: DEC 0 3 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 0 3 2010

JAN HORBALY
CLERK